TANN *v.* OSBORNE *et al.*

ATKINSON, J. Under the pleadings and the evidence, the judge did not err in granting a nonsuit when the plaintiff rested his case.

*Judgment affirmed. All the Justices concur.*

No. 1786.    MAY 11, 1920.

Equitable petition. Before Judge Gower. Ben Hill superior court. October 10, 1919.

*Cutts & Nicholson,* for plaintiff.

*A. J. & J. C. McDonald* and *Vessie Jones,* for defendants.